U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert W. Johnson,
            Plaintiff.

                    V.

Pfizer, et al.,
        Defendants.

Docket No.
Jury Trial Demand: Yes.
IFP FORM & MOTION

**19 CV 8249**

I, Robert W. Johnson, am the Plaintiff/ Petitioner in the above-entitled case & hereby request the Courts permission to proceed in forma pauperis.

In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor & that I believe I am entitled to redress. I further declare that the responses which I have made in this affirmation below are true.

①

I am not presently employed.

Monthly Wage is $0.

Last date of employment 10/29/12.

No spouse. ; No money received in last (12) months.

I do not own a business, profession or self-employment

I have no rent payments, interests or dividends.

No pensions, annuities, disabilities or life insurances

No gifts or inheritances. ; No child support.

No government benefits.

No money from friends, relatives or other sources.

I am a poor person who qualifies for IFP status.

No total gross income $0.

No money on-hand. ; No checking accounts.

I am not an inmate.

I do not own real estate, stocks, bonds, notes, automobiles or other valuable property.

②

No rent, Mortgage : $0. ; Food : $0. ; Other Expenses : $0.

No other people in household.

I have no dependents.

I have not been adjudicated bankrupt in past (10) years.

I declare under penalty of perjury, the foregoing is true & correct.

August 21, 2019

Robert W. Johnson

Robert W. Johnson

3345 FISH AVE.

APT. 1

BRONX, NY 10469

③

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, the Plaintiff certify that on August 21, 2019 I served a copy of a Civil Cover Sheet & Complaint via U.S. Mail to the following :

IFP Motion

1. Court Clerk
   U.S. Courthouse
   500 Pearl St.
   New York, NY 10007

August 21, 2019

Robert W. Johnson
Robert W. Johnson
3345 FISH AVE. : APT. 1
BRONX, NY 10469

**AMSC LLC**
**Rx RECONCILIATION**

Procedure(s):  NJX ANES&/STRD W/IMG TFRML EDRL
LMBR/SAC 1 LVL, NJX ANES&/STRD W/IMG
TFRML EDRL LMBR/SAC EA LV

Patient Name: **Johnson, Robert**
Patient ID: **850**
Exam Date: **1/9/2018**
Account#: **31579**

| | | |
|---|---|---|
| Exam Date: **1/9/2018** | Patient ID: **850** | Doctor:   **Marini, Robert** |
| Patient Name: **Robert Johnson** | DOB: **02/26/1984** | Gender: **Male** |

**Pre-Procedure / Active Medications**

| | | **Discharge Comment** |
|---|---|---|
| Naproxen **500mg** | Confirmed 1/9/2018 | Continue as prescribed |

**RX RECONCILIATION**

The medications listed above in the Current Medications area are the medications you were taking prior to this procedure.

Contact prescribing MD regarding continued use of all prescribed medications?
Any additional instructions?   **NO**
Source of medication information:   **Patient / Guardian verbal statements**
Medication reconciliation given to patient?   **YES**

The medications listed below in the Discharge Medications area are the medications you should be taking after discharge.

**Discharge Medications**

***Discharge Medications From Pre-Procedure / Active Medications***

**Discharge Comment**

**No Discharge Medications**

**Provider Signatures**

TREMONT CHEMIST
**PHARMACY & SURGICAL SUPPLY**
Kingdom Rx Corp   DEA # FK2335128
3131 E. Tremont Ave.
Bronx, NY 10461
**Ph. (718) 822-5900**
**FREE DELIVERY**

**JOHNSON, ROBERT**
840 EDISON AVE #BSMNT   (347)398-9740
BRONX NY 10461
Rx#: 218625      Date Filled: 11/13/2017
NAPROXEN SR TAB 500MG
NDC: 47781-0154-75

Dr. KYLE OTTO                    Qty: 60
Refills: 1                       Days: 30
                                Plan: CSIF

**Due : $0.00**

** THANK YOU **
YOUR FRIENDLY NEIGHBORHOOD PHARMACY

You may report side effects
to FDA at 1-800-FDA-1088.

---

TREMONT CHEMIST
**PHARMACY & SURGICAL SUPPLY**
Kingdom Rx Corp   DEA # FK2335128
3131 E. Tremont Ave.
Bronx, NY 10461
**Ph. (718) 822-5900**
**FREE DELIVERY**

**JOHNSON, ROBERT**
840 EDISON AVE #BSMNT   (347)398-9740
BRONX NY 10461
Rx#: 223578      Date Filled: 11/10/2017
TRAMADOL ER CAP 150MG
NDC: 69467-1001-01

Dr. KYLE OTTO                    Qty: 30
Refills: 0                       Days: 30
                                Plan: CSIF

**Due : $0.00**

** THANK YOU **
YOUR FRIENDLY NEIGHBORHOOD PHARMACY

You may report side effects
to FDA at 1-800-FDA-1088.

---

TREMONT CHEMIST
**PHARMACY & SURGICAL SUPPLY**
Kingdom Rx Corp   DEA # FK2335128
3131 E. Tremont Ave.
Bronx, NY 10461
**Ph. (718) 822-5900**
**FREE DELIVERY**

**JOHNSON, ROBERT**
840 EDISON AVE #BSMNT   (347)398-9740
BRONX NY 10461
Rx#: 218624      Date Filled: 11/13/2017
DICLOFENAC SOL 1.5%
NDC: 59088-0372-10

Dr. KYLE OTTO                    Qty: 150
Refills: 1                       Days: 30
                                Plan: CSIF

**Due : $0.00**

** THANK YOU **
YOUR FRIENDLY NEIGHBORHOOD PHARMACY

You may report side effects
to FDA at 1-800-FDA-1088.

---

TREMONT CHEMIST
**PHARMACY & SURGICAL SUPPLY**
Kingdom Rx Corp   DEA # FK2336128
3131 E. Tremont Ave.
Bronx, NY 10461
**Ph. (718) 822-5900**
**FREE DELIVERY**

**JOHNSON, ROBERT**
840 EDISON AVE #BSMNT   (347)398-9740
BRONX NY 10461
Rx#: 218626      Date Filled: 11/13/2017
LIDOCAINE PATCH 5%
NDC: 59088-0396-54

Dr. KYLE OTTO                    Qty: 90
Refills: 1                       Days: 30
                                Plan: CSIF

**Due : $0.00**

** THANK YOU **
YOUR FRIENDLY NEIGHBORHOOD PHARMACY

You may report side effects
to FDA at 1-800-FDA-1088.



**SECURITY 🐎 DRUGS**
DBG SECURITY DRUGS, INC.     DEA NO. 806473358
3419 BOSTON POST RD. COR. FISH AVENUE, BRONX, NY 10469
PHONE 654-6974
FAX 882-4648

Rx #: 6962278     NG/     Date Filled: 06-13-19
JOHNSON, ROBERT
1176 EAST 215TH STREET APT 1A  BRONX NY 10469
1 (ONE) TABLET TWO TIMES
DAILY, AS NEEDED FOR PAIN,
AFTER MEAL

Take This Medicine With A Snack Or Small Meal If Stomach Upset Occurs

IBUPROFEN TABS 600 MG ASC
Generic for B.PROFEN 600 MG TABLET     ASCEND LAB
Qty: 60     Refills: 0     06-13-19
Dr. KIM, TAESOO     Plan: AP1

---

**SECURITY 🐎 DRUGS**
DBG SECURITY DRUGS, INC.     DEA NO. 806473358
3419 BOSTON POST RD. COR. FISH AVENUE, BRONX, NY 10469
PHONE 654-6974
FAX 882-4648

Rx #: 6962277     NG/     Date Filled: 06-13-19
JOHNSON, ROBERT
1176 EAST 215TH STREET APT 1A  BRONX NY 10469
1 (ONE) CAPSULE AT BEDTIME

GABAPENTIN CAPS 300 MG ASC
Generic for NEURONTIN 300MG CAPSULE
Qty: 30     Refills: 0     06-13-19
Dr. KIM, TAESOO     Plan: AP1



# SECURITY DRUGS

## SECURITY DRUGS

"MORE THAN JUST A DRUG STORE"
3419 BOSTON POST RD.
(CORNER FISH AVENUE)
BRONX, NY 10469
PHONE (718) 654-6974 - 654-6977
www.securitydrugs.com

Save this Receipt. It is Your Official Record For Tax
Or Insurance Purposes.

Rx #   6962277   08-13-19
Name   JOHNSON, ROBERT
Address   1176 EAST 215TH STREET APT 1
          BRONX NY 10469

**Total Due: $0.00**   Plan: AP1

Rx #   6962276   08-13-19
Name   JOHNSON, ROBERT
Address   1176 EAST 215TH STREET APT 1
          BRONX NY 10469

**Total Due: $1.00**   Plan: AP1

## DID YOU FORGET?
Convenient One Stop
Shopping At Your
Friendly Pharmacy.

- Aspirin
- Adhesive Tape
- Antacid Tablets
- Baby Oil
- Baby Needs & Formulas
- Bandages
- Bandages
- Batteries
- Cleansing Tissues
- Cotton
- Cough Medicines
- Dental Floss
- Deodorants
- Disinfectants
- Disposable Diapers
- Elastic Bandages
- Electric Heat Pads
- Elastic Stockings
- Fire Bandages
- Fever Thermometers
- Foot Care Products
- Feminine Syringes
- Gauze
- Hair Brushes & Combs
- Hair Care Products

- Hand Creams & Lotions
- Hot Water Bottles
- Laxatives
- Lipsticks
- Mouth Wash
- Nail Polish
- Nose Drops & Sprays
- Peroxide
- Petroleum Jelly
- Photo Supplies
- Razor Blades
- Rubber Gloves
- Rubbing Alcohol
- Sanitary Napkins
- Shampoo
- Shaving Supplies
- Sugar Substitutes
- Suppositories
- Talcum Powder
- Toilet Water
- Tooth Brushes
- Tooth Pastes
- Vaporizers
- Vitamins
- Witch Hazel

## To Help You, Please
Check This List.
If We Don't Have It,
We Will Order It!



ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY

Pro Se

2019 SEP -4  PM 3:55

COURT CLERK
U.S. COURTHOUSE
500 PEARL ST.
NEW YORK, NY 10007

10007-131658



