UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON.,

                Plaintiff,

-against-

PFIZER, et al,

                Defendants.

1:19-CV-8249 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 31, 2020, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 31, 2020
        New York, New York

                                      COLLEEN McMAHON
                                  Chief United States District Judge